# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| E Richard Shupe,<br><br>          Plaintiff,<br><br>v.<br><br>Mark Feis,<br><br>          Defendant. | NO. CV-23-00179-TUC-JCH<br><br>**JUDGMENT OF DISMISSAL IN A CIVIL CASE** |

**Decision by Court.**  This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that pursuant to the Court's Order filed April 17, 2024, judgment of dismissal is entered. Plaintiff to take nothing, and the amended complaint and action are dismissed.

                                             Debra D. Lucas
                                             District Court Executive/Clerk of Court

April 17, 2024

                                         s/ A. Calderón
                                  By     Deputy Clerk